## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MARCUS HADDIX | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.  1:17-cv-01155-TWP-MPB |
| | ) |
| AMBU a/k/a KING SYSTEMS | ) |
| CORPORATION and AMBU AS | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now the parties, by counsel, and file herein their Stipulation of Dismissal.  And the Court being duly advised in the premises, now finds that said Stipulation of Dismissal should be **GRANTED**.

**IT IS NOW ORDERED AND ADJUDGED** that the above entitled cause is dismissed, with prejudice, each party bearing their own cost.

Date: 12/6/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF

US.115126241.01